# Allegheny Loan & Trust Company, Appellant, *v.* Gundling.

*Appeals—Certiorari—Justice of the peace—Act of March* 20, 1810, 5 *Sm. L.* 161.

No appeal lies from a judgment of the common pleas affirming upon certiorari the judgment of the justice of the peace in an action of assumpsit.

Argued April 9, 1907. Appeal, No. 78, April T., 1907, by plaintiff, from order of C. P. No. 1, Allegheny Co., March T., 1906, No. 885, upon certiorari affirming judgment of justice of the peace in case of Allegheny Loan & Trust Co. v. Gundling. Before RICE, P. J., HENDERSON, MORRISON, HEAD and BEAVER, JJ. Appeal quashed.

Certiorari to judgment of justice of the peace.

*Error assigned* was judgment of the court.

*J. D. Hern,* for appellant.

No appearance entered nor brief filed for appellee.

PER CURIAM, May 13, 1907 :

This is an appeal from a judgment of the common pleas affirming upon certiorari the judgment of a justice of the peace in an action of assumpsit. The jurisdiction of the justice arose

under the act of March 20, 1810, 5 Sm. L. 161 and, therefore, the twenty-second section of that act applies. See Huntington, etc., R. R. Co. v. Fluke, 32 Pa. Superior Ct. 126.

The appeal is quashed at the costs of the appellant.